IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MICHAEL BURNETT                                                PLAINTIFF

    v.                Civil No. 4:06CV00816

ANTHONY MOORE, Individually                                    DEFENDANT

### **ORDER**

Now before this Court is the Joint Motion for Partial Dismissal (Doc. 12) filed by the parties. The parties request that all official capacity claims against Defendant be dismissed, as well as Plaintiff's state law claims of assault, battery and negligence and Eighth Amendment cruel and unusual punishment claim. The Court finds the motion should be GRANTED, and these claims are DISMISSED WITH PREJUDICE. This matter remains set for jury trial on **March 4, 2008.**

IT IS SO ORDERED this 8th day of January 2008.

                                          */s/ Robert T. Dawson*
                                          HONORABLE ROBERT T. DAWSON
                                          UNITED STATES DISTRICT JUDGE