```
             IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

MICHAEL BURNETT                                          PLAINTIFF

    vs.              CASE No. 4:06CV0000816

ANTHONY MOORE, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY                                 DEFENDANT

### **ORDER**

    Now on this 6th day of February, 2008, comes the Joint Motion to Dismiss with Prejudice (doc. #16).  The Court, being well and sufficiently advised, does hereby GRANT the motion.  The above styled case is dismissed with prejudice.

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Robert T. Dawson
                                      United States District Judge